FILED: May 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 14-4798
(1:14-cr-00278-GBL-1)
———————————

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

AMIR A. BAJOGHLI

       Defendant - Appellee

———————————

J U D G M E N T
———————————

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK